**Electronically Filed
Supreme Court
SCWC-21-0000364
02-FEB-2023
03:02 PM
Dkt. 17 OGAC**

SCWC-21-0000364

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

v.

TROY D. BORGE, JR., Petitioner/Defendant-Appellant

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000364; Case No. 2CPC-20-0000288)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant Troy D. Borge, Jr.'s

application for writ of certiorari, deemed filed on December 19,

2022 by order of this court, is hereby accepted and will be

scheduled for oral argument.  The parties will be notified by

the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, February 2, 2023.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

